UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRIS HOLLY,

    Plaintiff,

v.

BOB DELANEY, Clerk of St. Clair County, Individually and in his Official Capacity,

    Defendant.

Case No. 07-cv-583 -JPG

## **JUDGMENT**

This matter having come before the Court and the plaintiff having failed to pay the required fees,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                    **NORBERT JAWORSKI**

**DATED:** June 18, 2008                 by:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**